IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENYATTA KING,

      Plaintiff,

vs.                              CASE NO.: 4:06cv150-SPM-WCS

ARAMARK CORRECTIONAL
SERVICES, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

      Pursuant to the parties' notices (docs. 23 and 24) advising that this case

has settled and Northern District of Florida Local Rule 16.2(D), it is

      ORDERED AND ADJUDGED:

      1.      This case is dismissed with prejudice.

      2.      The Court retains jurisdiction for a period of 60 days, during which

time any party may move to reopen for good cause shown.

      DONE AND ORDERED this 12th day of September, 2006.

              *s/ Stephan P. Mickle*

              Stephan P. Mickle
              United States District Judge